IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AIRROSTI REHAB CENTERS LLC, § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> HARTFORD FIRE INSURANCE § <br> COMPANY, § <br> *Defendant* § | CIVIL ACTION NO. 5:23-CV-377-DAE |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Plaintiff Airrosti Rehab Centers LLC ("Airrosti"), and Defendant Hartford Fire Insurance Company ("Defendant"), who pursuant to a release and settlement agreement executed by Plaintiff, jointly move this court for entry of an order dismissing all of Plaintiff's claims in the captioned lawsuit against Defendant with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ *J. Zachary Moseley**
J. Zachary Moseley
McClenny Moseley & Associates, PLLC
1415 Louisiana Street, Suite 2900
Houston, Texas 77002
832.410.1180 Phone
713.322.5953 Fax
zach@mma-pllc.com

**with permission ms*

ATTORNEYS FOR PLAINTIFF,
AIRROSTI REHAB CENTERS LLC

Respectfully submitted,

/s/ *Martin R. Sadler*
Martin R. Sadler
Texas Bar No.: 00788842
Federal ID No. 18230
sadler@litchfieldcavo.com
E. R. Hamilton
Texas Bar N0: 24068685
Fed Id. No.: 1322622
hamiltone@litchfieldcavo.com
LITCHFIELD CAVO, LLP
One Riverway, Suite 1000
Houston, Texas 77056
Telephone:  (713) 418-2000
Facsimile:  (713) 418-2001

ATTORNEY-IN-CHARGE FOR DEFENDANT
HARTFORD FIRE INSURANCE COMPANY